JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COLEMAN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　Respondent. | NO. SACV-25-02082-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: October 15, 2025

_____
OTIS D. WRIGHT II
United States District Judge